UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DWAYNE EDWARD RICHEY,<br><br>  Defendant. | Case: 2:20-cr-20404<br>Judge: Goldsmith, Mark A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 09-02-2020 At 05:40 PM<br>INDI USA V. SEALED MATTER (DA)<br><br>**VIOLATION:**<br>18 U.S.C. §§ 922(g)(1), 924(e)(1)<br><br>**FORFEITURE:**<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 922(g)(1), 924(e)(1) – *Felon in Possession of a Firearm; Armed Career Criminal*

On or about June 1, 2020, in the Eastern District of Michigan, the defendant, DWAYNE EDWARD RICHEY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a 9mm Smith & Wesson model 3914 semi-automatic handgun, that was shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

The defendant, DWAYNE EDWARD RICHEY, having three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, specifically:

1. Controlled substance delivery/manufacture (cocaine, heroin or another narcotic) less than 50 grams, March 10, 2005;

2. Controlled substance delivery/manufacture (cocaine, heroin or another narcotic) less than 50 grams, November 30, 2005;

3. Controlled substance delivery/manufacture (cocaine, heroin or another narcotic) less than 50 grams, August 8, 2007; and

4. Controlled substance delivery/manufacture (cocaine, heroin or another narcotic) less than 50 grams, March 16, 2016,

is subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

MATTHEW A. ROTH
Assistant United States Attorney
Chief, Major Crimes Unit


*s/Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9641
paul.kuebler@usdoj.gov

Dated:  September 2, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:20-cr-20404<br>Judge: Goldsmith, Mark A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 09-02-2020 At 05:40 PM<br>INDI USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: *PAK* |

**Case Title:** USA v. Dwayne Edward Richey

**County where offense occurred :** Wayne

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30302  ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 2, 2020
Date

*Paul A Kuebler*
Paul Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9641
Fax:   (313) 226-2372
E-Mail address: paul.kuebler@usdoj.gov
Attorney Bar #: NY4268561

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.